UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL EUGENE CALHOUN,

    Petitioner,

Case No. 1:09-CV-468

v.

HON. ROBERT HOLMES BELL

JOHN PRELESNIK,

    Respondent.
_____/

**ORDER APPROVING AND ADOPTING
REPORT AND RECOMMENDATION**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Petitioner's objections to the R&R (ECF No.69) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the April 30, 2014, R&R (ECF No. 65) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus, as amended, (ECF Nos. 1, 9) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: September 25, 2014            /s/ Robert Holmes Bell
                                                                  ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE