UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SAMUEL EUGENE CALHOUN,

       Petitioner,

                                          Case No.  1:09-CV-468

v.

                                          HON. ROBERT HOLMES BELL

JOHN PRELESNIK,

       Respondent.

_____/

## J U D G M E N T

In accordance with the order entered this date,

**JUDGMENT** is entered in favor of Respondent.


Dated: <u>September 25, 2014</u>                <u>/s/ Robert Holmes Bell</u>
                                         ROBERT HOLMES BELL
                                          UNITED STATES DISTRICT JUDGE