UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL EUGENE CALHOUN #379175,

    Petitioner/ Plaintiff,       Case No. 1:09−cv−00468−JTN−PJG

v.       Judge Janet T. Neff

JOHN PRELESNIK,

    Respondent/ Defendant.
_____/

## NOTICE REGARDING REASSIGNMENT OF CASE

    NOTICE is hereby given that this case has been reassigned to Judge Janet T. Neff for all further proceedings pursuant to Administrative Order number 17−CA−022. Judge Robert Holmes Bell is no longer assigned to the case.

    CLERK OF COURT

Dated:  March 14, 2017      By:  /s/ C. Wenners
    Deputy Clerk